**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7766**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

KAREEM JAMAL CURRENCE,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (3:05-cr-00231-JRS-1)

———————

Submitted:  March 25, 2014        Decided:  March 27, 2014

———————

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kareem Jamal Currence, Appellant Pro Se.  Brian R. Hood, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareem Jamal Currence appeals the district court's order denying his self-styled Fed. R. Civ. P. 60(b)(6) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Currence, No. 3:05-cr-00231-JRS-1 (E.D. Va. Oct. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED